

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| VICTOR URRUTIA, | § | No. 08-18-00035-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court at Law No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160C10391) |
|  | § |  |

## O R D E R

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **August 24, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BECONSIDERED BY THIS COURT.

It is further ORDERED that Mary Ann Marin, Official Court Reporter for the County Criminal Court at Law No. 1, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before August 24, 2018.

IT IS SO ORDERED this 30th day of July, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.